UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIMBERLY MCCLELLAN and LAURA LOVELESS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SFN GROUP, INC., SFN PROFESSIONAL SERVICES, LLC, and SPHERION ATLANTIC ENTERPRISES, LLC, all doing business as SPHERION, and SPHERION, a business form unknown, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No:  C 10-5972 SBA<br><br>**ORDER**<br><br>Dkt. 32 |

    Pursuant to the parties' stipulation, and good cause appearing,

    IT IS HEREBY ORDERED THAT the court's scheduling order of June 22, 2011 (Dkt. 31) is MODIFIED as follows:

    1.    The deadline to complete mediation is CONTINUED to January 15, 2012.

    2.    The following briefing schedule shall apply to any motion for class certification, motion to decertify and/or motion to strike:

        a.    Motion due by March 20, 2012;

        b.    Opposition due by April 10, 2012;

        c.    Reply due by April 17, 2012.

    3.    Absent prior leave of court, the moving and opposition papers shall not exceed fifteen (15) pages in length and any reply shall not exceed ten (10) pages in length.

    4.    The hearing on the above matter(s) and a case management conference shall take place on **May 15, 2012 at 1:00 p.m.**  Pursuant to Federal Rule of Civil Procedure

1  78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion(s)
2  without oral argument.  The parties are advised to check the Court's website to determine
3  whether a court appearance is required.  The parties shall file a joint case management
4  statement at least seven (7) days prior to the hearing.
5         IT IS SO ORDERED.
6  Dated:  August 30, 2011                    _____
7                                              SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28