| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
| | MICHAEL L. GALLION, Cal. Bar No. 189128 |
| 3 | mgallion@sheppardmullin.com |
| | DAVID T. VAN PELT, Cal. Bar No. 163690 |
| 4 | dvanpelt@sheppardmullin.com |
| | 1901 Avenue of the Stars, Suite 1600 |
| 5 | Los Angeles, California 90067-6017 |
| | Telephone: 310-228-3700 |
| 6 | Facsimile: 310-228-3701 |
| 7 | Attorneys for Defendants |
| | SFN GROUP, INC., and SFN PROFESSIONAL |
| 8 | SERVICES LLC |
| 9 | LAW OFFICE OF RANDALL CRANE |
| | RANDALL CRANE, Cal. Bar No. 56806 |
| 10 | rcrane@crane4law.com |
| | LEONARD EMMA, Cal. Bar No. 224483 |
| 11 | lemma@crane4law.com |
| | 180 Grand Ave., Suite 1550 |
| 12 | Oakland, California 94612 |
| | Telephone: 510-465-4606 |
| 13 | Facsimile: 510-465-4643 |
| 14 | Attorneys for Plaintiffs |
| | KIMBERLY MCCLELLAN and LAURA |
| 15 | LOVELESS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MCCLELLAN and LAURA LOVELESS, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>SFN GROUP, INC., SFN PROFESSIONAL SERVICES, LLC, and SPHERION ATLANTIC ENTERPRISES, LLC, all doing business as SPHERION, and SPHERION, a business form unknown, and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. C10-05972 SBA<br><br>[Former Alameda Superior Court, Case No. RG10548294]<br><br>**STIPULATION AND [PROPOSED] ORDER NOTIFYING COURT OF SETTLEMENT AFTER MEDIATION, AND REQUESTING DATE FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>[State Complaint Filed: 11/21/2010] |

W02-WEST:2DVP1\404859783.2

STIPULATION AND [PROPOSED] ORDER
Case No. C10-05972 SBA

1  WHEREAS, on December 27, 2011, the Court entered its "Order Granting in Part
2  Joint Request to Modify Case Management Scheduling Order." The Order required that
3  mediation be completed by February 15, with motion to apply for class certification,
4  decertification, and/or to strike to be filed by April 17, 2012;

5  WHEREAS, the Parties have completed mediation and have reached a settlement of
6  all issues; and

7  WHEREAS, The Parties wish to present this settlement to the Court for
8  consideration and approval.

9  NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED TO AND
10 REQUESTED between Plaintiffs Kimberly McClellan and Laura Loveless ("Plaintiffs")
11 and Defendants SFN Group, Inc. and SFN Professional Services, LLC ("Defendants") that
12 the Court's Case Management Scheduling Order be modified as follows:

13 1. The Parties are to file by April 17, 2012, a Motion for Preliminary Approval of
14 Settlement, including a request to certify for settlement purposes a subclass of Defendant's
15 employees designated as CSR/CSS/CSM, and a motion to dismiss the remaining subclass
16 of Defendants' Branch Managers and On-Premises Managers;

17 2. The hearing on motions for class certification, decertification, or to strike, set for
18 June 12, 2012 and the briefing schedule thereon be taken off calendar;

19 3. The hearing on a Motion for Preliminary Approval of Settlement be set for June
20 12, 2012, or such other date as appropriate for the Court's calendar with an earlier hearing
21 date being preferred by the Parties;

22 Dated:  March 27, 2012

LAW OFFICE OF RANDALL CRANE

By          /s/ RANDALL CRANE
            RANDALL CRANE
            Attorneys for Plaintiffs
            McCLELLAN and LOVELESS

W02-WEST:2DVP1\404859783.2          -2-

STIPULATION AND [PROPOSED] ORDER
Case No. C10-05972 SBA

Dated: March 27, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ DAVID VAN PELT
DAVID VAN PELT
Attorneys for Defendants
SFN GROUP, INC. and SFN PROFESSIONAL SERVICES LLC

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation above, the Court Orders that the Case Management Scheduling Order filed December 27, 2011 be modified and the Parties are ordered as follows:

    1. The Parties shall file by April 17, 2012, a Motion for Preliminary Approval of Settlement;

    2. The hearing on motions for class certification, decertification, or to strike, set for June 12, 2012 and the briefing schedule are hereby vacated;

    3. The hearing on Motions for Preliminary Approval of Settlement be set for June 12, 2012 at 1:00 p.m.; and

    4. This Order terminates Docket 41.

IT IS SO ORDERED.

Dated: March 29, 2012

By     *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge