1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
    MICHAEL L. GALLION, Cal. Bar No. 189128
3   mgallion@sheppardmullin.com
    DAVID T. VAN PELT, Cal. Bar No. 163690
4   dvanpelt@sheppardmullin.com
    1901 Avenue of the Stars, Suite 1600
5   Los Angeles, California  90067-6017
    Telephone:    310-228-3700
6   Facsimile:    310-228-3701

7   Attorneys for Defendants
    SFN GROUP, INC., and SFN PROFESSIONAL
8   SERVICES LLC

9   LAW OFFICE OF RANDALL CRANE
    RANDALL CRANE, Cal. Bar No. 56806
10  rcrane@crane4law.com
    LEONARD EMMA, Cal. Bar No. 224483
11  lemma@crane4law.com
    180 Grand Ave., Suite 1550
12  Oakland, California  94612
    Telephone:    510-465-4606
13  Facsimile:    510-465-4643

14  Attorneys for Plaintiffs
    KIMBERLY MCCLELLAN and LAURA
15  LOVELESS

16              UNITED STATES DISTRICT COURT

17          FOR THE NORTHERN DISTRICT OF CALIFORNIA

18  KIMBERLY MCCLELLAN and LAURA            Case No. C10-05972 SBA
    LOVELESS, individually and on behalf of
19  all others similarly situated,          [Former Alameda Superior Court, Case
                                            No. RG10548294]
20                      Plaintiffs,
                                            **STIPULATION AND [PROPOSED]**
21          v.                              **ORDER NOTIFYING COURT OF**
                                            **SETTLEMENT AFTER MEDIATION,**
22  SFN GROUP, INC., SFN                    **AND REQUESTING DATE FOR**
    PROFESSIONAL SERVICES, LLC, and         **HEARING ON MOTION FOR**
23  SPHERION ATLANTIC ENTERPRISES,          **PRELIMINARY APPROVAL OF**
    LLC, all doing business as SPHERION,    **SETTLEMENT**
24  and SPHERION, a business form
    unknown, and DOES 1 through 100,
25  inclusive,                              [State Complaint Filed:  11/21/2010]

26                      Defendants.

27

28
    W02-WEST:2DVP1\404859783.2

                                            STIPULATION AND [PROPOSED] ORDER
                                            Case No. C10-05972 SBA

1     WHEREAS, on December 27, 2011, the Court entered its "Order Granting in Part

2  Joint Request to Modify Case Management Scheduling Order." The Order required that

3  mediation be completed by February 15, with motion to apply for class certification,

4  decertification, and/or to strike to be filed by April 17, 2012;

5     WHEREAS, the Parties have completed mediation and have reached a settlement of

6  all issues; and

7     WHEREAS, The Parties wish to present this settlement to the Court for

8  consideration and approval.

9     NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED TO AND

10  REQUESTED between Plaintiffs Kimberly McClellan and Laura Loveless ("Plaintiffs")

11  and Defendants SFN Group, Inc. and SFN Professional Services, LLC ("Defendants") that

12  the Court's Case Management Scheduling Order be modified as follows:

13     1. The Parties are to file by April 17, 2012, a Motion for Preliminary Approval of

14  Settlement, including a request to certify for settlement purposes a subclass of Defendant's

15  employees designated as CSR/CSS/CSM, and a motion to dismiss the remaining subclass

16  of Defendants' Branch Managers and On-Premises Managers;

17     2. The hearing on motions for class certification, decertification, or to strike, set for

18  June 12, 2012 and the briefing schedule thereon be taken off calendar;

19     3. The hearing on a Motion for Preliminary Approval of Settlement be set for June

20  12, 2012, or such other date as appropriate for the Court's calendar with an earlier hearing

21  date being preferred by the Parties;

22  Dated:  March 27, 2012

23                           LAW OFFICE OF RANDALL CRANE

24                           By _____ /s/ RANDALL CRANE _____

25                                          RANDALL CRANE
                                      Attorneys for Plaintiffs
26                                   McCLELLAN and LOVELESS

27

28

Dated: March  27, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____ /s/ DAVID VAN PELT _____
DAVID VAN PELT
Attorneys for Defendants
SFN GROUP, INC. and SFN PROFESSIONAL
SERVICES LLC

**[PROPOSED] ORDER**

Pursuant to the stipulation above, the Court Orders that the Case Management Scheduling Order filed December 27, 2011 be modified and the Parties are ordered as follows:

1. The Parties shall file by April 17, 2012, a Motion for Preliminary Approval of Settlement;

2. The hearing on motions for class certification, decertification, or to strike, set for June 12, 2012 and the briefing schedule are hereby vacated;

3. The hearing on Motions for Preliminary Approval of Settlement be set for June 12, 2012 at 1:00 p.m.; and

4. This Order terminates Docket 41.

IT IS SO ORDERED.


Dated:  March 29, 2012

By _____ _Saundra B. Armstrong_ _____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C10-05972 SBA