# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KIMBERLY MCCLELLAN and LAURA LOVELESS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SFN GROUP, INC., SFN PROFESSIONAL SERVICES, LLC, and SPHERION ATLANTIC ENTERPRISES, LLC, all doing business as SPHERION, and SPHERION, a business form unknown, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C10-05972 SBA<br><br>**ORDER AMENDING ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT OF SUBCLASS AND DISMISSAL OF CLASS ALLEGATIONS** |

1  On June 14, 2012, the Court entered its Order Granting Plaintiffs' Motion for
2 Preliminary Approval, which was filed on June 21, 2012. That Order is amended as
3 follows:
4  1. The Notice of Pendency of Class Action ("Notice"), filed with the
5 Court on June 26, 2012 and containing revisions to the proposed Notice of Pendency
6 of Class Action filed with Plaintiffs' Motion for Preliminary Approval, complies
7 with the Court's requirements for such notice as set forth in the Order Granting
8 Plaintiffs' Motion for Preliminary Approval (Dkt. 46), and constitutes sufficient and
9 proper notice to the class; and
10  2. The Notice shall be sent out by the Class Administrator within 20 days
11 of the date of this Order.
12  IT IS SO ORDERED.

Dated: 7/9/12     By     *Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
Judge, U.S. States District Court

-1-
[PROPOSED] ORDER AMENDING ORDER GRANTING
PRELIMINARY APPROVAL OF SETTLEMENT