# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KIMBERLY MCCLELLAN and LAURA LOVELESS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SFN GROUP, INC., SFN PROFESSIONAL SERVICES, LLC, and SPHERION ATLANTIC ENTERPRISES, LLC, all doing business as SPHERION, and SPHERION, a business form unknown, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C10-05972 SBA<br><br>**ORDER AMENDING ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT OF SUBCLASS AND DISMISSAL OF CLASS ALLEGATIONS** |

1  On June 14, 2012, the Court entered its Order Granting Plaintiffs' Motion for Preliminary Approval, which was filed on June 21, 2012.  That Order is amended as follows:

 1. The Notice of Pendency of Class Action ("Notice"), filed with the Court on June 26, 2012 and containing revisions to the proposed Notice of Pendency of Class Action filed with Plaintiffs' Motion for Preliminary Approval, complies with the Court's requirements for such notice as set forth in the Order Granting Plaintiffs' Motion for Preliminary Approval (Dkt. 46), and constitutes sufficient and proper notice to the class; and

 2. The Notice shall be sent out by the Class Administrator within 20 days of the date of this Order.

IT IS SO ORDERED.

Dated:  7/9/12          By  *Saundra B. Armstrong*
                            The Honorable Saundra B. Armstrong
                            Judge, U.S. States District Court